UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS B. QUIROZ, | Case No. 1:26-cv-03559 KES HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 21 DAYS |
| v. | |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION (CAL FIRE), et al., | |
| Defendants. | Docs. 2, 4 |

Nicolas B. Quiroz seeks to proceed in forma pauperis ("IFP") in this action. Doc. 2. The magistrate judge reviewed the application and found the household income for Quiroz was nearly three times the poverty threshold for a family of four, and the reported income resulted in approximately $2,200 per month in expendable income. Doc. 4 at 3. The magistrate judge recommended denying the motion to proceed IFP and that Quiroz be required to pay the $405.00 filing fee in full. *Id.* at 3-4.

Quiroz filed objections to the findings and recommendations on May 15, 2026, which he supplemented on May 18, 2026. Docs. 7, 8. Quiroz acknowledges that his "household gross income is approximately $7,900 per month," but maintains he is unable to pay the filing fee due to "necessary living expenses and substantial debt." Doc. 7 at 1. He contends that he and his spouse currently have approximately $15,346.90 in credit card debt; approximately $765.45 for

utilities; $1,769.84 in true-up charges; $650 owed to Best Buy, on an 18-month payment plan; unspecified monthly vehicle payments; and $411.48 in monthly student loan payments that were not specified on the IFP application. *Id.* at 1-2; Doc. 8 at 1. Quiroz also contends his vehicles should not be considered asserts, because his 2025 Tesla "is a leased vehicle, not an owned asset," and his Chevrolet Traverse "is a financed vehicle with an outstanding loan balance of $18,777.36." Doc. 8 at 2-3. Quiroz contends his total debts currently exceed $593,500. *Id.* at 5.

Upon review of the information provided, Quiroz fails to show that he is indigent within the meaning of section 1915(a). While he identifies substantial credit card and student loan debt, his monthly payments on such do not render him unable to pay the filing fee. For example, Quiroz contends that he owes $2,603.69 on a Discover card; $8,554.18 on a Costco card; and $4,189.09 on a Chase Freedom card; and this totals approximately $15,346.90. Doc. 7 at 1. Exhibits attached to the objections indicate that the minimum monthly payment owed on the Discover card is $40.00; the minimum payment on the Costco card is $159.00; and the payment for the Freedom Card is $126.00. *Id.* at 3-5. The documents also show that Quiroz was able to pay these monthly installments. *See id.* Even if the Court factors in these payments with the newly-identified $411.48 monthly student loan payments, the household income vastly exceeds the poverty threshold.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the file, including the objections and documents submitted, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on May 12, 2026 (Doc. 4) are ADOPTED in full.

2. In accordance with 28 U.S.C. § 1915(a), Plaintiff's application to proceed in forma pauperis (Doc. 2) is DENIED.

///

3. Within twenty-one (21) days following the date of service of this order, Plaintiff SHALL pay the $405.00 filing fee in full to proceed with this action.

If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without prejudice and without further notice.

DATE: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE

3