UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS B. QUIROZ, | Case No.  1:26-cv-03559-KES-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION (CAL FIRE), et al., | (Doc. 5) |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Leave to File a Second Amended Complaint and Plaintiff's Lodged Second Amended Complaint, both filed on May 13, 2026. (Docs. 5, 6).  Plaintiff paid the $405.00 filing fee on June 10, 2026.

Federal Rule of Civil Procedure 15(a)(1) permits a party to amend its pleading once as a matter of course within 21 days after serving it, or if a responsive pleading is required, within 21 days after service of a responsive pleading or a motion under Rule 12(b), (e), or (f), whichever is earlier.  Fed. R. Civ. P. 15(a)(1)(A)-(B).  Because Plaintiff has not yet effected service in this action, Rule 15(a)(1) allows him to file the Second Amended Complaint as a matter of course. The Court therefore grants Plaintiff's Motion for Leave to File a Second Amended Complaint. The Second Amended Complaint lodged on May 13, 2026, is accepted and deemed the operative complaint, and all prior complaints are moot.

Accordingly, it is ORDERED:

1.  Plaintiff's Motion for Leave to file a Second Amended Complaint (Doc. 5) is GRANTED.

2.  The Clerk shall file Plaintiff's Lodged Second Amended Complaint (Doc. 6) and docket it as the operative Second Amended Complaint.

Dated:    June 11, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2