UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS B. QUIROZ,

          Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
FORESTRY AND FIRE PROTECTION
(CAL FIRE), et al.,

          Defendants.

Case No.  1:26-cv-03559-KES-HBK

ORDER DIRECTING CLERK TO ISSUE
CASE DOCUMENTS

Plaintiff, who proceeds pro se in this civil action, has paid the filing fee (receipt no. 100008458) on June 10, 2026.

Accordingly, it is ORDERED:

The Court DIRECTS the Clerk of Court to issue new case documents and summons.

Dated:    June 11, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE