UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS B. QUIROZ,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION (CAL FIRE), et al.,

Defendants.

Case No. 1:26-cv-03559-KES-HBK

ORDER GRANTING PLAINTIFF'S MOTION TO LEAVE TO FILE THIRD AMENDED COMPLAINT AND APPROVING THE PARTIES' STIPULATION

(Docs. 20, 23)

On September 10, 2026, Plaintiff moved for leave to file a third amended complaint. (Doc. 20). The proposed third amended complaint is lodged at Document 18. Defendants consent to the requested amendment under Federal Rule of Civil Procedure 15(a)(2). (Doc. 23). The parties also stipulate to an extension of Defendants' deadline to respond to the third amended complaint.

In light of Defendants' consent, the Court grants Plaintiff leave to amend under Rule 15(a)(2) and approves the parties' stipulation.

Accordingly, IT IS ORDERED:

1. Plaintiff's motion for leave to file a third amended complaint (Doc. 20) is GRANTED.
2. Within fourteen (14) days after entry of this Order, Plaintiff shall file the third amended complaint lodged at Doc.18, together with its exhibits. Upon filing, the

third amended complaint shall become the operative pleading in this action.

3. The parties stipulation (Doc. 23) is APPROVED. Defendants shall answer or otherwise respond to the third amended complaint within twenty-eight (28) days after it is filed and served. Defendants need not respond to the second amended complaint.

4. The Court will reset the initial scheduling conference by separate order after Defendants file their response to the third amended complaint.

Dated: November 23, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE